UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 26, 2010**

Ms. Wanda J. Shorter
3609 Bowers St.
Little Rock, AR 72204

    Re:    *Shorter v. Cracker Barrel* -- 4:09-CV-00723-WRW

Dear Ms. Shorter:

I have received Defendants' Motion for Judgment on the Pleadings,[1] which was filed on February 8, 1010, and it appears to be well taken.

I assume that since you have not filed a response,[2] you agree with Defendant's position. If you choose not to respond by 12:00 noon on Wednesday, March 10, 2010, I will grant the motion.

        Cordially,

        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 24.

[2] The response was due on Thursday, February 25, 2010.