# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

WANDA J. SHORTER                                                      PLAINTIFF

vs.                              4:09-CV-00723-WRW

CRACKER BARREL                                                        DEFENDANT

## ORDER

Pending is Defendant's Motion for Judgment on the Pleadings; Alternatively, Motion to Dismiss (Doc. No. 24). Plaintiff has responded.[1] Defendant's Motion for Judgement on the Pleadings and Motion to Dismiss are DENIED without prejudice.

Defendant's Motion to Dismiss argues insufficient service. Plaintiff, who is proceeding *pro se*, is directed to comply with the relevant rules of civil procedure regarding service by Friday, April 2, 1010. If Defendant wishes to refile its Motions, it must do so by 5:00 p.m., Friday, April 9, 2010.

IT IS SO ORDERED this 12th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 29.