# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WANDA J. SHORTER**                                                      **PLAINTIFF**

**vs.**                                       **4:09CV00723-WRW**

**CRACKER BARREL**                                                 **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion to Dismiss, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of April, 2010.

                                                                    /s/Wm. R. Wilson, Jr.
                                                       UNITED STATES DISTRICT JUDGE